DAVID B. KIRBY, ADMINISTRATOR, ETC., v. CHAUNCEY L. LADOW.

*Attorney and client—Judgment—Lien—Discontinuance of cause in Supreme Court.*

A party who has recovered a judgment in the court below cannot stipulate in the Supreme Court to dismiss the suit without the consent of his attorneys, if he is at the time indebted to them for services in the case, and a stipulation so entered will be set aside on their motion.

Motion to set aside stipulation dismissing suit. Argued October 30, 1894. Referred to court below November 1, 1894. Granted February 26, 1895.

Defendant recovered a judgment for costs against plaintiff in the circuit court for Calhoun county, and plaintiff removed the cause by writ of error to the Supreme Court. Before the cause was submitted, a stipulation was entered,

signed by defendant and by plaintiff's attorney, dismissing the suit without costs to either party. Defendant's attorneys, claiming a lien upon the judgment for their services, moved for an order setting aside the stipulation, upon the hearing of which defendant denied that he was indebted to said attorneys in any sum whatever.

*Mains & Mains*, for the motion.

*L. B. Tompkins*, contra.

PER CURIAM. This matter will be referred to the court below to determine, upon issues framed, whether appellee here is indebted to his attorneys, and, if so, in what amount, and report the result to this Court. In the meantime, the motion here will be held.

———

Subsequently the report of the circuit judge was filed, finding the defendant indebted to his attorneys, and on February 26, 1895, the motion was granted, and an order discontinuing the cause entered, subject, however, to the lien of said attorneys.